ACCEPTED
12-15-00002-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
5/8/2015 12:21:55 PM
CATHY LUSK
CLERK

## No. 12-15-00002-CR

| | | |
|---|---|---|
| **Q'ANDREW SHELTON** | § | **IN THE COURT OF APPEALS** |
| Appellant | § | |
| | § | FILED IN 12th COURT OF APPEALS |
| **vs.** | § | **12TH JUDICIAL DISTRICT** TYLER, TEXAS |
| | § | CATHY S. LUSK |
| **THE STATE OF TEXAS,** | § | Clerk |
| Appellee | § | **AT TYLER, TEXAS** |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
5/8/2015 12:21:55 PM
CATHY S. LUSK
Clerk

### MOTION TO WITHDRAW

**TO THE HONORABLE COURT:**

Now comes Austin Reeve Jackson, counsel for Appellant in the above entitled and numbered cause, and makes this Motion to Withdraw, and for good cause shows the following:

### I.

Counsel was appointed to represent Appellant in the appeal of this matter. Having undertaken a diligent and thorough review of the record, counsel has concluded that, in his professional judgment, there exist no arguable grounds for reversible error. A copy of Appellant's Brief filed pursuant to the requirements of *Anders v. California*, along with a copy of this Motion, has been served on Appellant who has also been informed of the right to file a *pro se* brief by 15 November 2014, the right object to this Motion, and the right to obtain a copy of records from counsel. Said notification was sent to Appellant by first class certified mail at:

Inmate 01981062
Byrd Unit
21 FM 247
Huntsville, TX 77320

**WHEREFORE, PREMISES CONSIDERED**, undersigned counsel respectfully prays that, in accordance with the applicable law, the Court grant this Motion to Withdraw and afford Appellant an opportunity to file a *pro se* brief in this matter.

Respectfully submitted,


/s/ Austin Reeve Jackson
Texas Bar No. 24046139
112 East Line, Suite 310
Tyler, TX 75702
Telephone: (903) 595-6070
Facsimile: (866) 387-0152


**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing document was served on counsel for the State by facsimile. Further, a copy of this Motion was also served on Appellant by certified first class mail.

/s/ Austin Reeve Jackson